IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAN FRANCISCO TECHNOLOGY, INC. : CIVIL ACTION
:
v. :
:
CHURCH & DWIGHT CO., INC. : NO. 10-cv-3918-JF

ORDER

AND NOW, this 6th day of April 2011, upon consideration of Defendant's Motion to Dismiss (Document No. 17), and Plantiff's response thereto, and after oral argument, IT IS ORDERED:

1. That Defendant's Motion is GRANTED. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff may file an amended complaint that comports with the requirements set out in In re BP Lubricants USA Inc. within 20 days of the date of this Order.

2. That Defendant's motion to consolidate (Document No. 2) is DISMISSED AS MOOT.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.